ELLEN M. PIKE, as Substituted Trustee under the Will of SAMUEL N. PIKE, Deceased, Respondent, *v.* NORD DEUTSCH NEDERLANDSCHE LLOYD, Appellant.

*Pike* v. *Nord Deutsch Nederlandsche Lloyd,* 107 App. Div. 616, affirmed.
(Argued April 4, 1906; decided May 1, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 26, 1905, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover on a policy of fire insurance.

*Everett P. Wheeler* for appellant.

*Ernest G. Stevens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, WERNER, HISCOCK and CHASE, JJ. Absent: O'BRIEN, J.